| Claim # | Defendants | Cause of Action | Disposition |
|---|---|---|---|
| 53 | RICO Defendants* | RICO-- 1962(b)-- Adelphia Enterprise | Dismissed |
| 54 | RICO Defendants | RICO-- 1962(c)-- Rigas Enterprise | Dismissed |
| 55 | RICO Defendants | RICO-- 1962(c)-- Adelphia Enterprise | Dismissed |
| 56 | RICO Defendants | RICO-- 1962(d)-- Adelphia Enterprise and Rigas Enterprise | Dismissed |
| 57 | SSB | Breach of Contract (Fairness Opinions) | Dismissed |
| 58 | SSB | Negligence | Claim Survives |
| 59 | Investment Banks | Breach of Contract (Failure to Independently Examine Adelphia's Financial Condition) | Dismissed |
| 60 | Investment Banks | Breach of Contract (Underwriting Fees) | Dismissed |
| 61 | Investment Banks | Unjust Enrichment (Underwriting Fees) | Dismissed |
| 62 | Investment Banks | Breach of Contract (Valuation of Offerings) | Dismissed |
| 63 | Investment Banks | Breach of Implied Covenants of Good Faith and Fair Dealing | Dismissed |
| 64 | Investment Banks | Fraudulent Concealment | Dismissed with leave to replead |
| 65 | Investment Banks and Agent Banks | Fraud | Dismissed to the extent fraud claim is based on wrongful acts in connection with Parnassos, FrontierVision and Century-TCI non-co-borrowing facilities. Claim otherwise dismissed with leave to replead |

*  RICO Defendants include Wachovia, Wachovia Securities, BMO, BMO NB, BofA, BAS, Chase, Chase Securities, Citibank, Citicorp, SBHC and SSB